AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02545

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NIR J. GOLDIN

was received by me on *(date)*   06/19/2018   .

☑ I personally served the summons on the individual at *(place)*   NIR J. GOLDIN
   on *(date)*   06/19/2018   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $   100.00   for travel and $   100.00   for services, for a total of $   200.00   .

I declare under penalty of perjury that this information is true.

Date:   06/19/2018

*Server's signature*

DAVID DOYLE, Registered Process Server
*Printed name and title*

710 S Myrtle Ave, Suite 257
Monrovia, CA 91016

*Server's address*

Additional information regarding attempted service, etc:
Place of service: 23908 Berndon St, Woodland Hills, 91367
Time: 9:24 PM
I dressed up as a plumber and brought my toolbox. I rang the doorbell, defendant came to the door and identified himself as Nir Goldin. I served him without incident.

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-02545

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NIR J. GOLDIN

was received by me on *(date)* 06/19/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* NIR J. GOLDIN , who is designated by law to accept service of process on behalf of *(name of organization)* NATIONAL STUDENT ASSIST LLC on *(date)* 06/19/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 100.00 for travel and $ 100.00 for services, for a total of $ 200.00 .

I declare under penalty of perjury that this information is true.

Date: 06/19/2018

*Server's signature*

DAVID DOYLE, Registered Process Server
*Printed name and title*

710 S Myrtle Ave, Suite 257
Monrovia, CA 91016
*Server's address*

Additional information regarding attempted service, etc:
Place of service: 23908 Berndon St, Woodland Hills, 91367
Time: 9:24 PM

I dressed up as a plumber and brought my toolbox. I rang the doorbell, defendant came to the door and identified himself as Nir Goldin I served him without incident.