IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON,** | : |
| **Plaintiff,** | : CIVIL ACTION |
| v. | : No. 18-2545 |
| **NATIONAL STUDENT ASSIST LLC, ET AL.,** | : |
| **Defendants.** | : |

## ORDER

**AND NOW,** this 29th day of June, 2018, upon consideration of Plaintiff's "Motion for Permission to Use ECF/EFiling" (Doc. No. 3), it is hereby **ORDERED** that the Motion is **GRANTED.** The Clerk of Court shall grant Plaintiff access to the Court's Electronic Case Filing System upon Plaintiff's completion of the required registration form.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
Mitchell S. Goldberg, J.