**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES EVERETT SHELTON** <br><br> Plaintiff, <br> v. <br> **NATIONAL STUDENT ASSIST , LLC., et al** <br><br><br> Defendants. | Case No. 2:18-cv-02545 <br><br> Honorable Mitchell S. Goldberg |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## **STIPULATION FOR DISMISSAL**

The parties hereby provides the Notice of Voluntary Dismissal of the instant action as to all Defendants, per F.R.C.P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| /s/ BRYAN ANTHONY REO <br> **REO LAW LLC** <br> By:  Bryan Anthony Reo (#0097470) <br> P.O. Box 5100 <br> Mentor, OH 44061 <br> (Business):  (216) 505-0811 <br> (Mobile):  (440) 313-5893 <br> (E):  Reo@ReoLaw.org <br> *Attorney for Plaintiff James Everett Shelton* | /S/ Norman M. Valz <br> **By: Norman M. Valz** <br> PA I.D. No. 61338 <br> Attorney for Defendants |

## Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on May 6, 2020, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*